Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL V

| | | |
|---|---|---|
| CONSEJO DE TITULARES DEL CONDOMINIO PORTALES DE ALHELÍ Y OTROS *Recurridos* v. TRIPLE-S PROPIEDAD, INC. *Peticionaria* | KLCE202400254 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón Caso Núm.: BY2019CV05119 (703) Sobre: Daños y otros |
| CONSEJO DE TITULARES DEL CONDOMINIO PORTALES DE ALHELÍ Y OTROS *Peticionarios* v. TRIPLE-S PROPIEDAD, INC. *Recurrida* | KLCE202400255 | |

Panel integrado por su presidente, el Juez Hernández Sánchez, la Jueza Santiago Calderón y la Jueza Álvarez Esnard

**SENTENCIA**

En San Juan, Puerto Rico, a 13 de mayo de 2024.

Examinada la *Estipulación de desistimiento voluntario con perjuicio de la demanda, al amparo de la Regla 39.1(a)(2) de Procedimiento Civil* presentada el 9 de mayo de 2024, este Tribunal dispone lo siguiente:

Se acoge la solicitud de desistimiento voluntario con perjuicio, a tenor con la Regla 83(A) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 83(A). En consecuencia, se ordena el cierre y archivo definitivo del presente caso.

Notifíquese.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador
SEN2024_____